```
FLICKER, GARELICK & ASSOCIATES, LLP
45 Broadway
New York, New York 10006
(212) 319-5240
Attorneys for Respondents
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PATRICIA IRBY (on behalf of the minor   :
children of STEPHEN S. HELVENSTON,      :
deceased), JUNE BATALONA (widow of WESLEY :
BATALONA),                              :
                                        :
            Petitioners,                :      Case No.
                                        :      07-cv-5939
        v.                              :
                                        :      ECF Case
BLACKWATER SECURITY CONSULTING, LLC,    :
FIDELITY & CASUALTY COMPANY OF NEW      :
YORK/CNA INTERNATIONAL, and DIRECTOR,   :
OFFICE OF WORKERS' COMPENSATION PROGRAMS, :
UNITED STATES DEPARTMENT OF LABOR,      :
                                        :
            Respondents.                :
                                        :
----------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Respondents Blackwater Security Consulting, LLC and Fidelity & Casualty Company of New York/CNA International (private non-

governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

(1) Respondent Blackwater Security Consulting, LLC is a wholly-owned subsidiary of The Prince Group. No publicly-held company owns ten percent (10%) or more of the stock of Blackwater Security Consulting, LLC.

(2) Respondent Fidelity & Casualty Company of New York/CNA International has no corporate parent. In addition, no publicly-held company owns ten percent (10%) or more of the stock of Fidelity & Casualty Company of New York/CNA International.

Dated: New York, New York
       July 23, 2007

                    FLICKER, GARELICK & ASSOCIATES, LLP
                    Attorneys for Respondents Blackwater
                    Security Consulting, LLC and Fidelity
                    & Casualty Company of New York/CNA
                    International

By: _____
    Keith L. Flicker (KF-6447)
    45 Broadway
    New York, New York 10006
    (212) 319-5240

FLICKER, GARELICK & ASSOCIATES, LLP
45 Broadway
New York, New York 10006
(212) 319-5240
Attorneys for Respondents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
PATRICIA IRBY (on behalf of the minor           :
children of STEPHEN S. HELVENSTON,              :
deceased), JUNE BATALONA (widow of WESLEY       :
BATALONA),                                      :
                                                :
                                                :
          Petitioners,                          :   Case No.
                                                :   07-cv-5939
     v.                                         :
                                                :   ECF Case
BLACKWATER SECURITY CONSULTING, LLC,            :
FIDELITY & CASUALTY COMPANY OF NEW              :
YORK/CNA INTERNATIONAL, and DIRECTOR,           :
OFFICE OF WORKERS' COMPENSATION PROGRAMS,       :
UNITED STATES DEPARTMENT OF LABOR,              :
                                                :
          Respondents.                          :
                                                :
------------------------------------------------X

## PROOF OF SERVICE

    Keith L. Flicker, Esq., of full age, upon his oath, under penalty of perjury states that:


    1. I am an Attorney at Law of the State of New York admitted to practice before the United States District Court for the Southern District of New York and am a Partner of the law firm of Flicker, Garelick & Associates, LLP, attorneys for

Respondents Blackwater Security Consulting, LLC and Fidelity & Casualty Company of New York/CNA International.

2. On July 23, 2007, I served copies of the foregoing Rule 7.1 Statement by way of first class mail upon:

**Attorneys for Petitioners
Patricia Irby and June Batalona:**

Marc P. Miles, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Drive - Suite 900
Santa Ana, California 92707

**Attorneys for Respondent Director,
Office of Workers' Compensation Programs,
United States Department of Labor:**

Matthew Boyle, Esq.
United States Department of Labor
Office of the Solicitor
200 Constitution Ave., N.W.
Suite N-2117
Washington, D.C. 20210

Dated: New York, New York
July 23, 2007

*[signature]*
Keith L. Flicker (KF-6447)