SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Patricia Irby, etc., and    Plaintiff,
June Batalona, etc.

- against -

Blackwater Security    Defendant.
Consulting, LLC, et al.

07 cv 5939 (___)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James P. Rau  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Marc P. Miles
Firm Name:  Callahan & Blaine, APLC
Address:  3 Hutton Centre Drive, Ninth Floor
City/State/Zip:  Santa Ana, California 92707
Phone Number:  (714) 241-4444
Fax Number:  (714) 241-4445

Marc P. Miles   is a member in good standing of the Bar of the States of California. Also admitted to US Supreme Court and 2nd, 4th & 9th Circuits

There are no pending disciplinary proceeding against  Marc P. Miles
in any State or Federal court.

Dated:  July 13, 2007
City, State:  New York, New York

Respectfully submitted,

Sponsor's  James P. Rau
SDNY Bar  JR7209
Firm Name:  Cardillo & Corbett
Address:  29 Broadway, Suite 1710
City/State/Zip:  New York, New York  10006
Phone Number:  212-344-0464
Fax Number:  212-797-1212

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA IRBY (on behalf of the minor children of Stephen S. Helvenston, deceased); and JUNE BATALONA (Widow of Wesley Batalona)<br><br>      Petitioners,<br><br>- against -<br><br>BLACKWATER SECURITY CONSULTING, LLC; FIDELITY & CASUALTY COMPANY OF NEW YORK/CNA INTERNATIONAL; and DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,<br><br>      Respondents. | 07 Civ. 5939 (   )<br><br>**AFFIDAVIT OF JAMES P. RAU IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK )

  JAMES P. RAU, being duly sworn, hereby deposes and says as follows:

  1. I am a member of the law firm of Cardillo & Corbett, counsel for Petitioners in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Petitioners' motion to admit Marc P. Miles as counsel pro hac vice to represent Petitioners in this matter.

  2. I am a member in good standing of the bar of the State of New York, and was

admitted to practice law in 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Marc P. Miles for the past six months.

4. Mr. Miles is a principal of the law firm Callahan & Blaine, located in Santa Ana, California. Mr. Miles is admitted to the bar of the State of California, and is also admitted to practice law before the United States Supreme Court, the Second Circuit, Fourth Circuit and Ninth Circuit Court of Appeals, and the U.S. District Court for the Central District of California, and is in good standing with those Courts.

5. I have found Mr. Miles to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Marc P. Miles, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Marc P. Miles, pro hac vice, which is submitted herewith.

WHEREFORE it is respectfully requested that the motion to admit Marc P. Miles, pro hac vice, to represent the Petitioners in the above-entitled matter, be granted.

JAMES P. RAU (JR7209)

Sworn to before me this
13th day of July, 1007

Notary Public

CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### MARC PHILLIP MILES

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that MARC PHILLIP MILES was on the 1ST day of DECEMBER 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 9th day of JULY, 2007.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk

<sup>®</sup>₂SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Patricia Irby, etc., and June Batalona, etc.  Plaintiff, | |
| - against - | 07  cv  5939  (   ) |
| Blackwater Security Consulting, LLC, et al.  Defendant. | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of  James P. Rau  attorney for  Petitioners

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:  Marc P. Miles

Firm Name:  Callahan & Blaine, APLC

Address:  3 Hutton Centre Drive, Ninth Floor

City/State/Zip:  Santa Ana, California 92707

Telephone/Fax:  (714) 241-4444

Email Address:  mmiles@callahan-law.com

is admitted to practice pro hac vice as counsel for  Petitioners  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY  FEE PAID $ _____  SDNY RECEIPT# _____
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA IRBY (on behalf of the minor children of Stephen S. Helvenston, deceased); and JUNE BATALONA (Widow of Wesley Batalona) )<br><br>Petitioners,<br><br>- against -<br><br>BLACKWATER SECURITY CONSULTING, LLC; FIDELITY & CASUALTY COMPANY OF NEW YORK/CNA INTERNATIONAL; and DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,<br><br>Respondents. | 07 Civ. 5939 (     )<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

      I, Lucille Fundaro being duly sworn, say: I am not a party to the action, am over 18 years of age and reside at 784 Tysens Lane, Staten Island, New York 10306. On July 13, 2007 I served the within Motion to Admit Counsel Pro Hac Vice, Affidavit of James P. Rau in Support of Motion and proposed Order for Admission by depositing a true copy thereof enclosed in a post-paid envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to:

Flicker, Garelick & Associates
45 Broadway
New York, New York 10006

Laughlin, Falbo, Levy & Moresi
255 California, Suite 600
San Francisco, CA 94111

U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, NW
Room N-2117
Washington, DC 20210

Lucille Fundaro

Sworn to before me this
13th day of July, 2007

Notary Public

CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011