UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA IRBY (on Behalf of the Children)<br>Of Stephen S. Helvenston, deceased),<br><br>and<br><br>JUNE BATALONA<br>(Widow of Wesley K. Batalona),<br><br>Petitioners<br><br>v.<br><br>BLACKWATER SECURITY<br>CONSULTING, LLC,<br><br>FIDELITY & CASUALTY COMPANY OF<br>NEW YORK/CNA INTERNATIONAL,<br><br>and<br><br>DIRECTOR, OFFICE OF WORKERS'<br>COMPENSATION PROGRAMS, UNITED<br>STATES DEPARTMENT OF LABOR,<br><br>Respondents. | No. 07-CV-5939 |

**DECLARATION PURSUANT TO 28 U.S.C. §1746**

SUSAN B. JACOBS, says:

That on July 27, 2007, I served a copy of the within Motion to Dismiss for Lack of Jurisdiction to the following by enclosing a true copy of

same in securely sealed United States Government postage-free, franked envelopes addressed as follows:

Keith L. Flicker, Esq.
Flicker, Garelick & Assoc.
45 Broadway
New York, NY 10006
*Attorneys for Employer/Carrier*

Marc P. Miles, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Dr., Ste 900
Santa Ana, CA 92707
*Attorneys for Claimants*

Executed on July 27, 2007

_____
SUSAN B. JACOBS