SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patricia Irby, etc., and June Batalona, etc.             Plaintiff,

                                                         07  cv  5939  (   )

- against -

Blackwater Security Consulting, LLC, et al.              Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of   James P. Rau   attorney for   Petitioners

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Marc P. Miles |
| Firm Name: | Callahan & Blaine, APLC |
| Address: | 3 Hutton Centre Drive, Ninth Floor |
| City/State/Zip: | Santa Ana, California 92707 |
| Telephone/Fax: | (714) 241-4444 |
| Email Address: | mmiles@callahan-law.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

is admitted to practice pro hac vice as counsel for   Petitioners   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $   SDNY RECEIPT#
SDNY Form Web 10/2006