UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA IRBY (on Behalf of the Children) )
Of Stephen S. Helvenston, deceased),      )
                                          )
    and                                   )
                                          )
JUNE BATALONA                             )
(Widow of Wesley K. Batalona),            )
                                          )
        Petitioners                       )
                                          )
            v.                            )
                                          )
BLACKWATER SECURITY                       )
CONSULTING, LLC,                          )
                                          )
FIDELITY & CASUALTY COMPANY OF )          No. 07-CV-5939
NEW YORK/CNA INTERNATIONAL,    )
                                          )
    and                                   )
                                          )
DIRECTOR, OFFICE OF WORKERS'              )
COMPENSATION PROGRAMS, UNITED )
STATES DEPARTMENT OF LABOR,    )
                                          )
        Respondents.                      )

**DECLARATION PURSUANT TO 28 U.S.C. §1746**

SUSAN B. JACOBS, says:

That on August 30, 2007, I served a copy of the within Director's Reply to Claimants' Response to Motion to Dismiss for Lack of Jurisdiction

2

to the following by enclosing a true copy of same in securely sealed United States Government postage-free, franked envelopes addressed as follows:

Keith L. Flicker, Esq.
Flicker, Garelick & Assoc.
45 Broadway
New York, NY 10006
*Attorneys for Employer/Carrier*

James P. Rau, Esq.
29 Broadway, Suite 1710
New York, NY 10006-3280
*Attorneys for Claimants*

Marc P. Miles, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Dr., Ste 900
Santa Ana, CA 92707
*Attorneys for Claimants*

Executed on August 30, 2007

_____
SUSAN B. JACOBS