UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA IRBY (on Behalf of the Children)
Of Stephen S. Helvenston, deceased),  )
                                       )
            and                        )
                                       )
JUNE BATALONA                          )
(Widow of Wesley K. Batalona),         )
                                       )
            Petitioners                )
                                       )
            v.                         )
                                       )
BLACKWATER SECURITY                    )
CONSULTING, LLC,                       )
                                       )
FIDELITY & CASUALTY COMPANY OF )          No. 07-CV-5939
NEW YORK/CNA INTERNATIONAL,    )
                                       )
            and                        )
                                       )
DIRECTOR, OFFICE OF WORKERS'           )
COMPENSATION PROGRAMS, UNITED )
STATES DEPARTMENT OF LABOR,    )
                                       )
            Respondents.               )

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York, I,

Susan B. Jacobs, a member in good standing of the bar of this Court, hereby

move for an Order allowing the admission pro hac vice of:

Matthew W. Boyle
United States Department of Labor
Office of the Solicitor
200 Constitution Avenue, NW, Rm N-2117
Washington, DC  20210
Ph – 202-693-5658
Fax – 202-693-5687

Mr. Boyle is a member in good standing of the Bar of the State of

Maryland, as well as the United States Courts of Appeals for the Second,

Fourth, Fifth, and Ninth Circuits.  There are no pending disciplinary

proceedings against Mr. Boyle in any State or Federal court.

DATED:     September 26, 2007
           New York, New York

                          Respectfully Submitted,

                          _____
                          SUSAN B. JACOBS (SBJ 8388)
                          Senior Trial Attorney

                          U.S. Department of Labor
                          Office of the Solicitor
                          201 Varick Street, Room 983
                          New York, NY 10014
                          Tel. 212-337-2116

2

# Court of Appeals
# of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twelfth day of December, 1995,*

## Matthew Wade Boyle

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twentieth day of September, 2007.*

*Clerk of the Court of Appeals of Maryland*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PATRICIA IRBY (on Behalf of the Children)
Of Stephen S. Helvenston, deceased),    )
     )
  and     )
     )
JUNE BATALONA     )
(Widow of Wesley K. Batalona),    )
     )
    Petitioners    )
     )
    v.    )
     )
BLACKWATER SECURITY    )
CONSULTING, LLC,    )
     )
FIDELITY & CASUALTY COMPANY OF )    No. 07-CV-5939
NEW YORK/CNA INTERNATIONAL,  )
     )
  and     )
     )
DIRECTOR, OFFICE OF WORKERS'  )
COMPENSATION PROGRAMS, UNITED )
STATES DEPARTMENT OF LABOR,  )
     )
    Respondents.    )

## AFFIDAVIT OF SUSAN B. JACOBS IN SUPPORT OF
## MOTION TO ADMIT COUNSEL PRO HAC VICE

Susan B. Jacobs, being duly sworn, hereby deposes and says as

follows:

1. I am an attorney in the Office of the Solicitor, United States

Department of Labor, counsel for the federal respondent in the above-

captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Matthew W. Boyle as counsel pro hac vice to represent the federal respondent in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 1995. I am also admitted to the bar of the United States District for the Southern District of New York, and am in good standing with this Court.

3. I have been acquainted with Mr. Boyle for approximately two months.

4. Mr. Boyle is an attorney in the Office of the Solicitor, United States Department of Labor in Washington, D.C. He is admitted to the bar of the State of Maryland, and is also admitted to practice before the United States Courts of Appeals for the Second, Fourth, Fifth and Ninth Circuits, and is in good standing with those courts.

5. I have found Mr. Boyle to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Matthew W. Boyle, pro hac vice.

2

7. I respectfully submit a proposed order granting the admission of

Matthew W. Boyle., pro hace vice, submitted herewith.

WHEREFORE, it is respectfully requested that the motion to admit

Matthew W. Boyle, pro hac vice, to represent the federal respondent in the

above-titled matter, be granted.

SUSAN B. JACOBS
(SBJ 8388)


Sworn to me this
24ᵗʰ day of September, 2007


Notary Public

DIANE C. SHERMAN
Notary Public, State of New York
No. 24-4983606
Qualified in Kings County
Commission Expires July 1, 2011

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PATRICIA IRBY (on Behalf of the Children)
Of Stephen S. Helvenston, deceased),          )
                                               )
          and                                  )
                                               )
JUNE BATALONA                                  )
(Widow of Wesley K. Batalona),                 )
                                               )
          Petitioners                          )
                                               )
               v.                              )
                                               )
BLACKWATER SECURITY                            )
CONSULTING, LLC,                               )
                                               )
FIDELITY & CASUALTY COMPANY OF )                    No. 07-CV-5939
NEW YORK/CNA INTERNATIONAL,        )
                                               )
          and                                  )
                                               )
DIRECTOR, OFFICE OF WORKERS'        )
COMPENSATION PROGRAMS, UNITED )
STATES DEPARTMENT OF LABOR,         )
                                               )
          Respondents.                         )

## ORDER FOR ADMISSION
## PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Susan B. Jacobs, attorney for the federal

respondent, and her affidavit in support,

IT IS HEREBY ORDERED that

Matthew W. Boyle
United State Department of Labor

Office of the Solicitor
200 Constitution Ave., NW, Rm N-2117
Washington, DC  20210
PH – 202-693-5658
FX – 202-693-5687
boyle.matthew@dol.gov

is admitted to practice pro hac vice for the Director, Office of Workers'

Compensation Programs, in the above-captioned case in the United States

District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court,

including rules governing discipline of attorneys.  If this action is assigned to

the ECF system, counsel shall immediately apply for an ECF password as

nysd.uscourts.gov.  Because Mr. Boyle is an attorney for an agency of the

federal government, the pro hac vice fee is waived.

Dated:
        New York, NY


                                        _____
                                        United States District Judge

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PATRICIA IRBY (on Behalf of the Children)
Of Stephen S. Helvenston, deceased),          )

        and                                        )

JUNE BATALONA                                  )
(Widow of Wesley K. Batalona),                 )

        Petitioners                                )

        v.                                         )

BLACKWATER SECURITY                            )
CONSULTING, LLC,                               )

FIDELITY & CASUALTY COMPANY OF )               No. 07-CV-5939
NEW YORK/CNA INTERNATIONAL,     )

        and                                        )

DIRECTOR, OFFICE OF WORKERS'        )
COMPENSATION PROGRAMS, UNITED )
STATES DEPARTMENT OF LABOR,         )

        Respondents.                               )

### DECLARATION PURSUANT TO 28 U.S.C. §1746

SUSAN B. JACOBS, says:

That on September 26, 2007, I served a copy of the within Motion to

Admit Counsel Pro Hac Vice, Affidavit of Susan B. Jacobs in Support of

that Motion, and proposed Order to the following by enclosing a true copy of

same in securely sealed United States Government postage-free, franked

envelopes addressed as follows:

Keith L. Flicker, Esq.
Flicker, Garelick & Assoc.
45 Broadway
New York, NY  10006
*Attorneys for Employer/Carrier*

Marc P. Miles, Esq.
Callahan & Blaine, APLC
3 Hutton Centre Dr., Ste 900
Santa Ana, CA  92707
*Attorneys for Claimants*

James P. Rau, Esq.
29 Broadway, Suite 1710
New York, NY  10006-3280
*Attorneys for Claimants*

Executed on September 26, 2007

SUSAN B. JACOBS

2