```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PATRICIA IRBY, et al,  :  07 Civ. 05939 (RJH)

            Plaintiff,

-against-  :  **ORDER**

BLACKWATER SECURITY CONSULTING, et al, :

            Defendant.

------------------------------------------------------------x

       The pretrial conference scheduled for October 12, 2007 is rescheduled to October 25, 2007, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
October 04, 2007
SO ORDERED:

                                                _____
                                                Richard J. Holwell
                                                United States District Judge