UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA IRBY (on Behalf of the Children) Of Stephen S. Helvenston, deceased), <br><br> and <br><br> JUNE BATALONA (Widow of Wesley K. Batalona), <br><br> Petitioners <br><br> v. <br><br> BLACKWATER SECURITY CONSULTING, LLC, <br><br> FIDELITY & CASUALTY COMPANY OF NEW YORK/CNA INTERNATIONAL, <br><br> and <br><br> DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, <br><br> Respondents. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 11/30/07 <br><br><br><br> No. 07-CV-5939 |

**ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Susan B. Jacobs, attorney for the federal

respondent, and her affidavit in support,

IT IS HEREBY ORDERED that

Matthew W. Boyle
United State Department of Labor

Office of the Solicitor
200 Constitution Ave., NW, Rm N-2117
Washington, DC 20210
PH – 202-693-5658
FX – 202-693-5687
boyle.matthew@dol.gov

is admitted to practice pro hac vice for the Director, Office of Workers' Compensation Programs, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including rules governing discipline of attorneys. If this action is assigned to the ECF system, counsel shall immediately apply for an ECF password as nysd.uscourts.gov. Because Mr. Boyle is an attorney for an agency of the federal government, the pro hac vice fee is waived.

Dated:
    New York, NY

                                           United States District Judge