**FLICKER, GARELICK & ASSOCIATES, LLP**
ATTORNEYS AT LAW
45 BROADWAY
NEW YORK, NEW YORK 10006

(212) 319-5240
FACSIMILE (212) 888-5271
office@flickergarelick.com
www.flickergarelick.com

KEITH L. FLICKER*
RICHARD L. GARELICK*
KENNETH M. SIMON*
ROBERT N. DENGLER*
BRENDAN E. McKEON*

OF COUNSEL
CHARLES H. McAULIFFE*

*ADMITTED IN NY AND NJ.
*ADMITTED IN NY NJ AND CT
*ADMITTED N NY NJ AND DC

December 27, 2007

NEW JERSEY OFFICE
PARK 80 WEST
PLAZA II, SUITE 200
PMB 2008
SADDLE BROOK, NEW JERSEY 07663
(201) 291-2877

ANA M GONZALEZ
PARALEGAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

<u>VIA FEDERAL EXPRESS</u>

Hon. Richard J. Holwell
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007-1312

> Patricia Irby et al. v. Blackwater Security
>     Consulting, LLC, et al.
> <u>Docket No.: 07-cv-5939 (RJH)</u>
> Our File: 372-1

Dear Judge Holwell:

  This office represents Blackwater Security Consulting, LLC and Fidelity & Casualty Company of New York/CNA International in the above-referenced matter. I write in follow-up to my letters of October 15 and October 29, 2007, in which I requested that the above-referenced matter be dismissed in accord with the precedential decisions issued by the United States Court of Appeals for the Second Circuit.

  As it has been several months since any action has been taken in this matter, I respectfully request that a conference be scheduled to address the status of this case. I would additionally request that this conference be scheduled as soon as possible in light of the fact that the continued prosecution of this case hinders the proper adjudication of the underlying administrative matters before the Office of Administrative Law Judges of the United States Department of Labor.

**FLICKER, GARELICK & ASSOCIATES, LLP**

Hon. Richard J. Holwell
December 27, 2007
Page 2

      Thank you for your courtesies and assistance.

           Respectfully submitted,

           FLICKER, GARELICK & ASSOCIATES, LLP

      By:  Keith L. Flicker

KLF/bem

cc:  <u>VIA FEDERAL EXPRESS</u>

     Marc P. Miles, Esq.
     Callahan & Blaine, APLC
     3 Hutton Centre Drive - Suite 900
     Santa Ana, California 92707

     James P. Rau, Esq.
     Cardillo & Corbett
     29 Broadway, Suite 1710
     New York, New York 10006

     Matthew Boyle, Esq.
     United States Department of Labor
     Office of the Solicitor
     200 Constitution Ave., N.W.
     Suite N-2117
     Washington, D.C. 20210

---

*[Handwritten note:]* Application Granted In Part. Motions to dismiss may not be made informally by letter request. Defendants may move to dismiss, supported by an appropriate memorandum of law, on or before January 18, 2008. Opposition papers due on or before February 15, 2008. Reply papers, if any, due on or before February 25, 2008.

SO ORDERED
*[signature]* RJHolwell USDJ 12/28/07