```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
PATRICIA IRBY (on behalf of the minor children
of Stephen S. Helvenston, deceased); and JUNE
BATALONA (Widow of Wesley Batalona),

                        Petitioners,

                              07 CIVIL 5939 (RJH)

              -against-                        **JUDGMENT**

BLACKWATER SECURITY CONSULTING, et al.,
                        Defendants.
----------------------------------------------------------X

       Respondent Director of the Office of Workers' Compensation Programs ("Director") having moved to dismiss the petition for lack of subject matter jurisdiction, as the Board's Order was not a "final order", and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, on March 31, 2008, having rendered its Order granting the Director's motion to dismiss the petition for lack of jurisdiction, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2008, the Director's motion to dismiss the petition for lack of jurisdiction is granted; accordingly, the case is closed.

**Dated:** New York, New York
         March 31, 2008

                                            **J. MICHAEL McMAHON**
                                                 **Clerk of Court**
                            BY:
                                                 **Deputy Clerk**

                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON _____